UNITED STATES DISTRICT COURT

FOR

THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Benjamin j. Bolton,   ) | |
|    Plaintiff,   ) | **CIVIL RIGHTS COMPLAINT** |
| ) | (42 U.S.C. §1983) |
| ) | Civil No.: 18-cv-6527G |
| v.   ) | |
| ) | |
| Rochester Police Department,   ) | |
|    Defendant/Respondent.   ) | |

## JURISDICTION

1.) Jurisdiction is proper in this court according to 42 U.S.C. §1983 because the Defendant is a state agency with state employees and violated civil/constitutional rights of the Plaintiff.

2.) The Plaintiff resides in New York State in the Western District and the violations occurred in this jurisdiction.

3.) Benjamin J. Bolton is the Plaintiff and resides in New York State and currently lives at the following address:

    176 North Water Street,
    Rochester, New York 14604

4.) The Defendant, Rochester Police Department, is a law enforcement agency in the Western District

of New York.

## NATURE OF CASE

5.) On, or about, July 14th, 2018 at approximately 4:30PM Eastern Standard Time, the Defendant arrived at the Plaintiff's residence to perform a suggested welfare check. The Plaintiff was not home at the time and learned of the peculiar activities by another resident in his apartment complex. Moreover, the Plaintiff contacted the Rochester Police Department to learn about the aforementioned suggested welfare check on the same above-mentioned date. Plaintiff was told that the welfare check was a misunderstanding by the law enforcement agency and that the police officer who was dispatched to the scene had arrived at the wrong location and was looking for a female with a similar address. The Plaintiff has had no previous contact with the Rochester Police Department and was not enduring any hardships that required assistance from the named law enforcement agency (Rochester Police Department). The civil rights violations arise because the suggested welfare check was performed to harass the Plaintiff because of his additional current civil complaints against the Federal Bureau of Investigation, multiple law enforcement agencies in Erie County, New York, Special Agent Brent Isaacson for the Federal Bureau of Investigation, and multiple other parties. More specifically, the Plaintiff's Fourteenth Amendment rights were violated by the Rochester Police Department and other defendants named in previous civil complaints to the Court because of their disliking of challenges to criminal convictions and civil lawsuits that have been generated by the Plaintiff. Equal protection and access to the law is an entitlement that *all individuals* have in the United States. Withal, the unprofessionalism and immature behaviors by the Rochester Police Department – as well as other persons and organizations named in this complaint and previous complaints to the Court – serve as an

illustration of the routine annoyances that the Plaintiff has had to deal with. Bogus claims of welfare checks in order to annoy the Plaintiff is a violation of the Fourteenth Amendment and constitutes intervention by this Court. Additionally, conjuring up false excuses to initiate contact with the Plaintiff also harms the public in respect to the idea that other important areas in society are not being dealt with because of the inappropriate behaviors by the Defendant and others named in this complaint and previous complaints to the Court. Essentially, the aforementioned specific violation of the Fourteenth Amendment by the Defendant transitions into general constitutional violations because of the lack of concern for honest services for the public.

## CAUSE OF ACTION

6.) I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:

    a.) (1.) Count 1: Rochester Police Department Violated Petitioner's Civil Rights

        (2.) Supporting Facts:

            On, or about, July 14th, 2018 at approximately 4:30PM Eastern Standard Time the Defendant made an unnecessary arrival at the Plaintiff's residence to to annoy and cause harm to the Defendant because of correspondence with other law enforcers who have been named in civil complaints to the Court and because of the general disdain towards the Plaintiff's critical writings about the criminal justice system. These actions are in violation of the Fourteenth Amendment in the United States Bill of Rights.

## INJURY

6.) The Plaintiff has dealt with serious emotional and legal distresses because of the unlawful actions by the Defendant. Moreover, the Petitioner's constitutional rights have been violated by the Defendant through actions that have deprived the Petitioner of civil/constitutional rights that are guaranteed in the United States of America.

## PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

7.) The Plaintiff has ongoing civil complaints that have yet to retain court hearings. There have been no administrative relief granted by any court of law or regulatory agency.

## REQUEST FOR RELIEF

8.) The Petitioner believes that he is entitled to the following relief:

Punitive and compensatory damages in the amount of $100,000 dollars in United States currency or any item or property of value that is equal to or more than the above-mentioned amount.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at the United States District Court for the Western District of New York on July 16, 2018.

*Benjamin J. Bolden*

# CIVIL COVER SHEET

18cv6527

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Benjamin Bolten

**(b)** County of Residence of First Listed Plaintiff: Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro se, 176 N. Water St, #105, Rochester, NY 14604

## DEFENDANTS
Rochester Police Department

County of Residence of First Listed Defendant: Monroe
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: U.S.C. 42 § 1983
Brief description of cause: Civil rights infringements

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   DEMAND $ $100,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____